U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
6/16/2011
Hon. Robert E. Nugent, Presiding

09:40 AM

**Case Information:**
    10-14225 Alan W Minor   Chapter: 13

Judge: REN   Filed: 12/17/2010   Pln Confirmed:

**Appearances:**
| | | |
|---|---|---|
| X | Dan W. Forker Jr. representing Alan W Minor (Debtor) | |
| X | Christopher Micale representing Laurie B Williams (Trustee) | |
| X | Roger Hughey representing Farmers State Bank of Bucklin | |

**Issue(s):**
- #1    Chapter 13 Plan Filed by Debtor Alan W Minor. (#3 filed 12/17/10)
- &gt;&gt;    First Amended Chapter 13 Plan Filed by Debtor Alan W Minor (#47 filed 4/6/11)
- **    Objection to Confirmation of Plan, with Certificate of Service. Filed by Trustee Laurie B Williams (#50 filed 4/12/11)
- **    Objection Filed by Creditor Farmers State Bank of Bucklin (#53 filed 4/27/11)

**Notes/Decision:** Issues include: good faith, value of property and preference claim. There are Fed Ex Routes involved - there was not a specific agreement for each route - more like a blanket agreement. There is another 2004 exam scheduled. Discovery deadline <u>8/5/11</u>. Pretrial order deadline <u>9/2/11</u>. ***Continued for ½ day evidentiary hearing in October or November - date to be determined.***

Courtroom Deputy: Annette Albright
ECRO Reporter: Marnie Bourbonnais